**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Melissa Jane Sanford,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ORDER REVOKING PRETRIAL RELEASE**<br><br><br><br>Case No. 1:26-cr-00164 |

---

On October 23, 2026, defendant appeared before the court on a Petition for Revocation of Pretrial Release. At the conclusion of the hearing, defendant was ordered detained pending further hearing. On October 28, 2026, defendant appeared before the court for a detention hearing. At the outset of the hearing, defendant advised that she was not contesting the allegations contained in the petition.

This is a situation where there is a presumption of detention as to defendant's risk of flight and danger to the community. Based on the state of the record and defendant's recent termination from treatment, there is currently not evidence available to rebut the presumption. Even if the presumption were rebutted, the court would turn its attention to the 3142g factors and the fact this is a presumption case. There are presently not available alternatives with a level of supervision, security, and treatment component the court would require.

For the reasons articulated above and as articulated during the hearing, the court **REVOKES** defendant's pretrial release. Defendant is committed to the custody of the Attorney General or designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a

court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with court proceedings.

Defendant's name shall be placed on the list for a potential placement at a residential re-entry center.

**IT IS SO ORDERED.**

Dated this 28th day of October. 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court